UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 4:24-cr-00169-JAR-JSD |
| VENKATESH SATTARU, | ) ) ) |
| Defendant. | ) |

## ORDER

On September 6, 2024, Defendant Venkatesh Sattaru filed his Second Motion for Extension of Time to File Pretrial Motions ("Defendant Sattaru's Motion"), seeking thirty (30) additional days in which to file any pretrial motions or a waiver thereof. [ECF No. 79].

**IT IS HEREBY ORDERED** that Defendant Sattaru's Second Motion for Extension of Time to File Pretrial Motions [ECF No. 79] is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant is granted up to and including **October 9, 2024**, in which to file pretrial motions or a waiver of such motions. The government shall have until **October 23, 2024**, in which to respond to any motions filed by Defendant.

**IT IS FINALLY ORDERED** that the pretrial evidentiary hearing will be set upon further order of the Court.

For the reasons set out in Defendant's motion, the undersigned finds that to deny Defendant's request for such additional time would deny counsel for the Defendant the reasonable time necessary for an effective investigation and preparation of pretrial motions. Therefore, taking into account the exercise of due diligence, and finding that the ends of justice served by granting Defendant's requests for additional time outweigh the best interest of the public and Defendant in

a speedy trial, the additional time is granted to Defendant to investigate and prepare pretrial motions or a waiver notice, and this extension is excluded from computation of the time for a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

_____
**JOSEPH S. DUEKER**
**UNITED STATES MAGISTRATE JUDGE**

Dated this 9th day of September, 2024.