IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:24-CR-169  JAR/JSD |
| | ) |
| VENKATESH SATTARU | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT'S FIFTH MOTION FOR EXTENSION OF TIME TO FILE PRETRIAL MOTIONS

COMES NOW defendant VENKATESH SATTARU, through his attorney, Charles J. Banks, Assistant Federal Public Defender, and hereby respectfully requests a 28-day extension of time in which to file pretrial motions. In support, counsel states the following:

1. Defense counsel has received the first production of discovery which is voluminous. There are additional discovery materials outstanding, and supplemental discovery requests will be necessary.

2. Furthermore, the defense needs additional time to review the received materials and discuss same fully with the defendant who is incarcerated.

3. Defense counsel also needs time to further investigate this case and to research law relevant to pretrial motions given the unique circumstances of the alleged offenses.

4. The ends of justice served by giving defendant adequate time to review discovery, confer with counsel, and file pretrial motions outweighs the interest of the defendant and the public in a speedy and public trial. Consequently the ends of justice will be best served by extending the pretrial motions deadline and excluding the requested period of delay from calculating deadlines that would other wise apply, pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv).

WHEREFORE, for the foregoing reasons, counsel requests a 28-day extension of the deadline in which to file pretrial motions.

Respectfully submitted,

/s/Charles J. Banks
CHARLES J. BANKS, #60027MO
Assistant Federal Public Defender
1010 Market Street, Suite 200
St. Louis, Missouri 63101
Telephone: (314) 241-1255
Fax: (314) 421-3177
E-mail: Charles_Banks@fd.org

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2024, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Dianna Collins, Assistant United States Attorney.

          /s/Charles J. Banks
          CHARLES J. BANKS, #60027MO
          Assistant Federal Public Defender