UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: 4:24-cr-169-JAR-JSD-1 ) |
| VENKATESH SATTARU, | ) ) ) |
| Defendant. | ) |

**ENTRY OF APPEARANCE**

COMES NOW Adam Fein and enters his appearance on behalf of the Defendant in the above-styled cause.

Respectfully submitted,

By: /s/ ADAM FEIN

Adam Fein
Attorney for Defendant
120 S. Central Avenue, #130
Clayton, MO  63105
(314) 862-4332
afein@rsfjlaw.com

**CERTIFICATE OF SERVICE**

I certify that on December 31, 2024, this document was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Ms. Dianna R. Collins, Assistant United States Attorney.