UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 4:24-cr-169-JAR-JSD-1 |
| | ) |
| VENKATESH SATTARU, | ) |
| | ) |
| Defendant. | ) |

## ENTRY OF APPEARANCE

COMES NOW N. Scott Rosenblum and hereby enters his appearance on behalf of the Defendant in the above-styled cause.

Respectfully submitted,

By: */s/ N. Scott Rosenblum*
N. SCOTT ROSENBLUM, #33390
Attorney for Defendant
120 S. Central Avenue, #130
Clayton, MO  63105
(314) 862-4332

## CERTIFICATE OF SERVICE

I hereby certify that on January 2, 2025, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Ms. Dianna R. Collins, Assistant United States Attorney.