IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA， | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:24-CR-169  JAR  JSD ) |
| VENKATESH SATTARU | ) ) ) |
| Defendant. | ) |

## MOTION TO WITHDRAW AS DEFENSE COUNSEL
## FOR VENKATESH SATTARU

COMES NOW Charles J. Banks, Assistant Federal Public Defender, and hereby respectfully moves to withdraw as appointed counsel for Mr. Venkatesh Sattaru because retained counsel has entered an appearance on the defendant's behalf.

Respectfully submitted,

/s/Charles J. Banks
CHARLES J. BANKS, #60027MO
Assistant Federal Public Defender
1010 Market Street, Suite 200
St. Louis, Missouri 63101
Telephone: (314) 241-1255
Fax: (314) 421-3177
E-mail: Charles_Banks@fd.org

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2025, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Dianna Collins, Assistant United States Attorney.

/s/Charles J. Banks
CHARLES J. BANKS, #60027MO
Assistant Federal Public Defender