UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:24 CR 169-JAR-JSD |
| ) | |
| VENKATESH SATTARU, NIKHIL ) | |
| PENMATSA, SRAVAN PENUMETCHA ) | |
| and NITYA SATTARU, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

This matter is before the Court on the Government's Motion to Continue Pretrial Hearing ("Motion to Continue"; ECF No. 118), which requests this Court to continue a previously scheduled hearing that had been set for February 20, 2025, at 10:00 a.m. on Defendants Nitya Sattaru and Nikhil Penmatsa's Motions to Suppress (ECF Nos. 100, 101). In the Motion to Continue, the Government states that Defendant Venkatesh Sattaru has not filed or waived his pretrial motions, and counsel for Defendant Venkatesh Sattaru indicated that he may eventually file such motions. (ECF No. 118)[1] As a result, the Government requests a continuance of the hearing on the currently set Motions to Suppress until Defendant Venkatesh Sattaru either waives or files his pretrial motions. Citing judicial efficiency, the Government reasons that, if Defendant Venkatesh Sattaru requests a motion to suppress hearing, the Court could then hold one evidentiary hearing for the three motions to suppress filed by Defendants Venkatesh Sattaru, Nitya Sattaru and Nikhil Penmatsa. Notably, counsel for Defendants Nitya Sattaru and Nikhil Penmatsa do not

---

[1] Defendant Venkatesh Sattaru's pretrial motions are currently due on March 7, 2025. (ECF No. 111) Also, Defendant Sravan Penumetcha filed a Waiver of Pretrial Motions on December 17, 2024. (ECF No. 104)

oppose the Motion to Continue. Therefore, in the interests of judicial economy and for the convenience of the parties and witnesses, the Court grants the Motion to Continue.

Accordingly,

**IT IS HEREBY ORDERED** that Government's Motion to Continue Pretrial Hearing (ECF No. 118) is **GRANTED**.

**IT IS FURTHER ORDERED** that the hearing on Defendants Nitya Sattaru and Nikhil Penmatsa's Motions to Suppress (ECF Nos. 100, 101), previously set for February 20, 2025 at 10:00 a.m., is **CANCELED**. The hearing on Defendants Nitya Sattaru and Nikhil Penmatsa's Motions to Suppress (ECF Nos. 100, 101) will be reset at a later date, once Defendant Venkatesh Sattaru has either waived or filed his pretrial motions.

**IT IS FINALLY ORDERED** that, for the reasons set out in Government's Motion to Continue Pretrial Hearing (ECF No. 118), the undersigned is setting the hearing on Defendants' Motions to Suppress at the first opportunity and such additional time allows the Court adequate opportunity to consider any and all of Defendants' Motions to Suppress. Therefore, taking into account the exercise of due diligence, and finding that the ends of justice are served by the scheduling of this hearing outweighs the best interests of the public and Defendants in a speedy trial, the additional time is granted for the Court to consider Defendants' Motions to Suppress, and this extension is excluded from computation of the time for a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

Dated this 14th day of February, 2025.

                                                **JOSEPH S. DUEKER**
                                                **UNITED STATES MAGISTRATE JUDGE**