# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:24-CR-169-JAR-JSD-1 |
| ) | |
| **VENKATESH SATTARU,** ) | |
| ) | |
| Defendant. ) | |

## ORDER

**IT IS HEREBY ORDERED** that Defendant's Third Motion to Extend the Time to File Pretrial Motions (ECF No. 125) is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant is granted up to and including **Wednesday, May 28, 2025**, in which to file pretrial motions or a waiver of such motions. The Government shall have until **Wednesday, June 11, 2025**, in which to respond to any motions filed by Defendant.

For the reasons set out in Defendant's motion, the undersigned finds that to deny Defendant's request for such additional time would deny counsel for Defendant the reasonable time necessary for an effective investigation and preparation of pretrial motions. Therefore, taking into account the exercise of due diligence, and finding that the ends of justice served by granting Defendant's requests for additional time outweigh the best interest of the public and Defendant in a speedy trial, the additional time is granted to Defendant to investigate and prepare pretrial motions, or a waiver notice and this extension is excluded from computation of the time for a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

**IT IS FINALLY ORDERED** that a pretrial motion hearing date will be set at a later date, if necessary.

                                                                          _____
                                                                          JOSEPH S. DUEKER
                                                                          UNITED STATES MAGISTRATE JUDGE

Dated this 18th day of April, 2025.